ORDERED.

Dated: January 18, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:18-BK-08742 RCT |
| | Chapter 7 |
| JORGE ORTEGA, | |
| DIANE ORTEGA, | |
| | |
| Debtor(s). | |
| _____/ | |

**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY
BK GLOBAL REAL ESTATE SERVICES AND LISTING AGENT TO PROCURE
<u>CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. Sec. 327, 328 AND 330</u>
(DOC. NO. 25)**

THIS MATTER came on for consideration of the Application to Employ BK Global Real Estate Services and Listing Agent to Procure Consented Public Sale Pursuant to 11 U.S.C. Sec. 327, 328 and 330 with accompanying declarations in support of the same (the "<u>Application</u>") (Doc. No. 25), filed by Dawn A. Carapella, Chapter 7 Trustee ("<u>Trustee</u>"). The Court having reviewed the Application, the Affidavit of Disinterestedness and the record, finds as follows:

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2). Venue of this Chapter 7 case and the Application is proper pursuant to 28 U.S.C. §§ 1408

and 1409. Notice of the Application was adequate and proper. Good cause exists for the relief requested, the employment of the professionals is in the best interests of Debtor(s) and the creditors. The Court, therefore, finds that the Application should be approved.

Accordingly, it is

**ORDERED:**

1. The Application is approved.

2. Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavit.

3. The Trustee is authorized to retain and compensate BKRES and Listing Agent to procure Secured Creditor's Consent, and otherwise market and sell the Property, in the above-captioned Chapter 7 case pursuant to 11 U.S.C. § § 327, 328(a) and 330 and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure and in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing Agreement and this Order.

4. BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity.

5. BKRES and Listing Agent are disinterested persons within the meaning of Bankruptcy Code Section 101(14).

6. BKRES and Listing Agent shall be compensated in accordance with the BKRES Agreement and Listing Agreement, respectively, and such compensation shall not be subject to challenge except under the standard of review set forth in 11 U.S.C. § 330.

7. BKRES and Listing Agent shall be authorized to receive and retain their fees from Secured Creditor at the successful closing of the sale of the Property without necessity of further order of the Court.

8. The estate shall, in no circumstance, be obligated to compensate BKRES or Listing Agent in such event and BKRES and Listing Agent shall not have a claim against the estate for any unpaid amounts.

9. BKRES and Listing Agent, and anyone claiming by, through or under either of them, shall only have recourse for recovering its fee to Secured Creditor. The estate shall have no liability for any such claim.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dawn A. Carapella is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.